

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2023

No. 04-23-00057-CR

**IN RE** Marco Antonio **CORDOVA-CORDOVA**

Original Mandamus Proceeding

**ORDER**

Sitting:        Irene Rios, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

On January 17, 2023, relator filed a petition for writ of mandamus and a motion for emergency stay pending final resolution of the petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). Respondent and real party in interest may file a response to the petition in this court **no later than February 6, 2023.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's motion for emergency stay is GRANTED IN PART as follows:

1.  All pretrial settings requiring relator's in-person appearance are STAYED pending further order from this court. Pretrial settings that do not require relator's in-person appearance may proceed.

2.  The January 23, 2023 trial setting is STAYED pending further order from this court.

It is so **ORDERED** on January 17, 2023.

**PER CURIAM**

ATTESTED TO: _____
                   MICHAEL A. CRUZ,
                   CLERK OF COURT